**LAW OFFICES OF MITCHELL S. SEGAL, P.C.**

| | |
|---|---|
| 1129 NORTHERN BOULEVARD | N.Y.C. Office |
| SUITE 404 | 137 Fifth Avenue, 9th Floor |
| MANHASSET, NEW YORK 11030 | New York, N.Y. 10010 |
| Ph: (516) 415-0100 | Ph: (212) 388-9444 |
| Fx:  (516) 706-6631 | |

<u>Via ECF Filing</u>                                                                    January 28, 2021
Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2021
```

        Re:  <u>JENISA ANGELES, on behalf of herself and all others similarly situated v.
         GRACE PRODUCTS, INC.</u>
         Case No.:  1:20-cv-10167

Dear Honorable Alison J. Nathan:

    I was recently engaged by the Defendant Grace Products, Inc. in the above entitled action and request an extension of time to February 22, 2021 in order investigate the Plaintiff's allegations and respond to the Plaintiff's Complaint.  The Defendant's response was originally due on January 11, 2021.  I have contacted the Plaintiff's counsel and he has consented to this extension.  I respectfully request the Court to grant this extension of time.

    This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

**SO ORDERED.**

*[signature: Alison J. Nathan]*
1/31/2021

                                                      Respectfully submitted,

                                                      /s/ Mitchell Segal
                                                      _____
                                                         Mitchell Segal