

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/21

DAVID FORCE ▲•
NAKICHA JOSEPH▲
MARK ROZENBERG •
KENNETH WILLARD▲•

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

August 6, 2021

**Via CM/ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York

  Re: **Angeles v. Grace Products, Inc.**
    Case #: 1:20-cv-10167-AJN

Dear Judge Nathan:

  We represent the plaintiff in the above matter, and write jointly with Defendant Grace Products, Inc. (the Parties), to respectfully request that the post-discovery status conference currently scheduled for August 13, 2021, be canceled or adjourned pending the outcome of the Motion to Dismiss that Your Honor is deliberating. Likewise, the Parties ask for a stay of future deadlines pending the outcome of the Motion.

  In the event Your Honor elects not to adjourn this conference, the Parties respectfully request that the proceeding be held remotely.

  We thank Your Honor and the Court for its kind considerations and courtesies.

**SO ORDERED.**

*[signature]*
8/9/21

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

cc: All Counsel of Record via ECF